1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

| | |
|---|---|
| MOHAMED MOSHRIF, | CASE NO. 2:24-cv-01306-LK |
|             Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE |
|   v. | |
| KING COUNTY PROSECUTION OFFICE et al., | |
|             Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24

This matter comes before the Court sua sponte. On October 15, 2024, the Court dismissed pro se Plaintiff Mohamed Moshrif's complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and granted him leave to file an amended complaint by November 15, 2024. Dkt. No. 6 at 8. The Court warned that if Mr. Moshrif did not file a timely amended complaint, it would dismiss this case. *Id.* Mr. Moshrif subsequently failed to file an amended complaint. The Court therefore DISMISSES this case.

//

//

ORDER DISMISSING ACTION WITHOUT PREJUDICE - 1

1        The Clerk is directed to send uncertified copies of this Order to Mr. Moshrif at his last

2    known address.

3        Dated this 29th day of April, 2025.

Lauren King
United States District Judge

ORDER DISMISSING ACTION WITHOUT PREJUDICE - 2